JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| RAUL URIARTE-LIMON, | Case No. EDCV 16-00377 JGB (DTBx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| GEORGINA WALKER; FRANCISCO WALKER; and DOES 1-10, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order issued concurrently herewith, Plaintiff Raul Uriarte-Limon prevails on the following claims under the Americans with Disabilities Act of 1990 ("ADA") and the California's Unruh Civil Rights Act (UCRA) against Defendants Francisco and Georgina Walker: (1) inaccessible parking spot; and (2) non-complant entrance threshold. Plaintiff's claim regarding inaccessible pathways of travel fails under both the ADA and the UCRA.

As to Plaintiff's claims for an inaccessible parking spot and entrance at Plant Safari on July 31, 2015, Plaintiff is entitled to $4,000 in statutory penalties under the UCRA, as well as the recovery of reasonable attorney fees, litigation expenses, and costs of suit, under the ADA and the UCRA.

Judgment is entered in favor of Plaintiff Raul Uriarte Limon.

Dated: June 26, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge