UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Raul Uriarte-Limon**,

    Plaintiff,

v.

**Georgina Walker;**
**Francisco Walker**,

    Defendants

**Case:** 5:16-CV-0377-JGB-DTBx

Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses

    Following the Court's ruling on September 21, 2017, the Court grants JUDGMENT in favor of plaintiff Raul Uriarte-Limon and against defendants Georgina Walker and Francisco Walker in the amount of $29,113.13 in attorneys' fees and $3,923.00 in costs –totaling $33,036.13.

Dated: October 27, 2017

_____
Hon. JESUS G. BERNAL
United States District Judge